237 F.2d 229
 Leslie H. HARRY, Appellant,
v.
Edgar C. NEWELL, Appellee.
 Nos. 15239, 15240.
 United States Court of Appeals Ninth Circuit.
 Oct. 2, 1956.
 
 Vergeer & Samuels, Duane Vergeer, Portland, Or., for appellant.
 Sabin & Malarkey, Verne W. Newcomb, Portland, Or., for appellee.
 Before STEPHENS, CHAMBERS, and HAMLEY, Circuit Judges.
 PER CURIAM.
 
 
 1
 The motion of appellee to dismiss appeals is granted upon the ground that an appeal from an order granting a new trial is not appealable. See Bateman v. Donovan, 9 Cir., 1942, 131 F.2d 759; United States v. Hayes, 9 Cir., 172 F.2d 677, 679.